# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RAYMOND RAMIREZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-93

[April 25, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara McCarthy, Judge; L.T. Case No. 07-3275CF10A.

Raymond Ramirez, Miami, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***